## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Lora L. Newman                                         CHAPTER 7

                  Debtor(s)

                                         BKY. NO. 23-22211 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC. and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*

Denise Carlon
24 Oct 2023, 18:26:21, EDT

Brian C. Nicholas, Esq. (317240) ☐
Denise Carlon, Esq. (317226) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com